IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES PALMER CANNON, JR.**                                      **PLAINTIFF**

v.                       **CASE NO. 3:10CV00270 BSM**

**OSCEOLA POLICE DEPARTMENT, et al.**                           **DEFENDANTS**

## ORDER

Defendants' moton to compel discovery responses from plaintiff Charles Palmer Cannon, Jr. [Doc. No. 13] is granted. Cannon is ordered to fully respond to defendants' discovery requests within ten days of this order and is warned that his failure to do so will result in sanctions that may include the dismissal of his case.

IT IS SO ORDERED this 13th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE