## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHARLES PALMER CANNON, JR.**                                   **PLAINTIFF**

**v.**                          **CASE NO. 3:10CV00270 BSM**

**OSCEOLA POLICE DEPARTMENT, et al.**                    **DEFENDANTS**

### ORDER

    Defendants' motion to dismiss [Doc. No. 18] is granted.  Plaintiff Charles Palmer Cannon, Jr. was ordered on September 13, 2011, to fully respond to defendants' discovery [Doc. No. 15] and was warned that failure to respond within ten days may result in his case being dismissed.  Defendants now move to dismiss [Doc. No. 18] as Cannon has failed to comply.  Cannon has not responded to the motion to dismiss.

    A party that fails to obey an order to provide discovery may have his action dismissed. FED. R. CIV. P. 37(b)(2).  Furthermore, Local Rule 5.5(c)(2) dictates that it is the duty of any party proceeding *pro se* to "monitor the progress of the case, and to prosecute or defend the action diligently."

    IT IS SO ORDERED this 2nd day of April 2012.


_____
UNITED STATES DISTRICT JUDGE