IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES PALMER CANNON, JR.**                                **PLAINTIFF**

v.                    CASE NO. 3:10CV00270 BSM

**OSCEOLA POLICE DEPARTMENT, et al.**                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 3rd day of April 2012.


_____
UNITED STATES DISTRICT JUDGE